[No. 22535–9–I. Division One. July 24, 1989.]

EARL GRANGER, ET AL, *Respondents*, v. ROLAND CULBERTSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 86–2–00558–3, Marshall Forrest, J., entered June 26, 1987. *Reversed* by unpublished opinion

per Scholfield, J., concurred in by Coleman, C.J., and Grosse, J.